IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      8:07CR275
                              )
      v.                      )
                              )
ERIC T. CREIGHTON,            )      ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 29), recommending that defendant's motion to suppress (Filing No. 21) be denied. The Court notes no objections have been filed to said report. Having reviewed the report, the motion and the brief, and the transcript of the hearing, the Court finds said report and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Monday, February 25, 2008, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to explore plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the

interests of the public and the defendant in a speedy trial.  The additional time between January 28, 2008, and February 25, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court