IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR275 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC T. CREIGHTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on application for interim fee payment (Filing No. 62), filed by defendant's court-appointed counsel.  The Court finds said application should be granted.  Accordingly,

      IT IS ORDERED that said application is granted; counsel shall submit his CJA voucher to the Office of the Federal Public Defender for processing.

      DATED this 21st day of March, 2008.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court