IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR275 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC T. CREIGHTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on application for interim fee payment (Filing No. 62), filed by defendant's court-appointed counsel. The Court finds said application should be granted. Accordingly,

IT IS ORDERED that said application is granted; counsel shall submit his CJA voucher to the Office of the Federal Public Defender for processing.

DATED this 21st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

APPROVED this 4th day of June, 2008.

_____
JAMES B. LOKEN, Chief Judge
United States Court of Appeals
   for the Eighth Circuit