```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )         8:07CR275
                              )
        v.                    )
                              )
ERIC T. CREIGHTON,            )           ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on defendant's post-trial motions for judgment of acquittal or in the alternative, for a new trial (Filing No. 64).  The Court has reviewed the motions and the brief (Filing No. 65) in support thereof, and finds said motions should be denied.  Accordingly,

IT IS ORDERED that defendant's motions for judgment of acquittal or in the alternative, for a new trial, are denied.

DATED this 18th day of June, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court